CHAD BUTTERFIELD, ESQ.
Nevada Bar No. 10532
TENESA POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: Chad.Butterfield@jacksonlewis.com
Email: Tenesa.Powell@jacksonlewis.com

*Attorneys for Defendants Signature Tower I, LLC*
*and MGM Resorts International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENE MATTERA, an individual, JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIGNATURE TOWER I, LLC, a Nevada Limited Liability Company & MGM RESORTS INTERNATIONAL, a Nevada Corporation,<br><br>Defendants. | Case No.: 2:26-cv-01496-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Gene Mattera, Juan Calos Gil and Access 4 All, Inc. ("Plaintiffs"), by and through their counsel, Iglody Law, and Signature Tower I, LLC and MGM Resorts International ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have up to and including **July 10, 2026**, in which to file their response to Plaintiffs' Complaint (ECF No. 1). This stipulation is submitted and based upon the following:

1.      Plaintiffs filed their Complaint on May 14, 2026. ECF No. 1.

2.      Defendants was served with the Summons and Complaint on or about May 20, 2026. ECF No. 8.

3.      Defendants' counsel was recently retained in this matter and is still in the process of

investigating Plaintiffs' allegations. As such, Defendants require additional time to complete their response to Plaintiffs' Complaint.

4.    The Parties have agreed to extend the deadline for Defendants to file their response to Plaintiffs' Complaint to **July 10, 2026**.

5.    This is the first stipulation to extend the time for Defendants to respond to Plaintiffs' Complaint for Damages.

6.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.    This Stipulation is made in good faith and not for the purpose of delay.

8.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 4th day of June, 2026.

IGLODY LAW

/s/ Lee Iglody
Lee I. Iglody, Bar # 7745
2580 St. Rose Pkwy, Suite 330
Henderson, NV 89074

/s/ Julie C. Collange
Julie C. Collange, FL Bar # 123779
(Pro Hac Vice)
The Mineo Salcedo Law Firm, P.A
5600 Davie Road
Davie, FL 33314

*Attorney for Plaintiffs*

JACKSON LEWIS P.C.

/s/Chad Butterfield
Chad Butterfield, Bar #10532
Tenesa Powell, Bar # 12488
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendants*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
United States ~~District~~ Magistrate Judge

Dated: June 4, 2026